**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HENDRICKSON, GREGORY ALLAN | ) | |
| | ) | CASE NO. 06-04074 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

        At:    U.S. BANKRUPTCY COURT
               Kane County Courthouse
               100 S. 3rd Street, Room 140
               Geneva, IL  60134

        on:    **June 21, 2007**
        at:    **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                                        $           43,128.40

        b. Disbursements                                   $                0.00

        c. Net Cash Available for Distribution             $           43,128.40

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $  0.00 | $  5,062.84 | $ |
| JOSEPH R. VOILAND | $  0.00 | $ | $  330.79 |

| Trustee | | | |
|---|---|---|---|
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ 0.00 | $ 2,420.00 | $ |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ 0.00 | $ | $ 4.64 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $100,843.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $34.77%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | GE Consumer Finance | $ 3,596.95 | $ 1,250.55 |
| 2 | World Financial Network National Bank | $ 261.35 | $ 90.86 |
| 3 | A-Tec Ambulance, inc. | $ 469.00 | $ 163.06 |
| 4 | Dr Firias Dairi | $ 240.22 | $ 83.52 |
| 5 | Landa & Harold Rich | $ 28,055.00 | $ 9,753.88 |
| 6 | American Express Bank FSB | $ 3,101.01 | $ 1,078.13 |
| 7 | Alliant Credit Union   History | $ 15,616.99 | $ 5,429.56 |
| 8 | Harley-Davidson Credit | $ 9,378.83 | $ 3,260.74 |
| 9 | Pier 1 Imports, Inc. | $ 944.05 | $ 328.22 |
| 10 | Citibank ( USA ) N.A. | $ 2,450.78 | $ 852.06 |
| 11 | Citibank ( USA ) N.A. | $ 3,119.42 | $ 1,084.53 |
| 13 | Citibank (South Dakota). N.A. | $ 1,821.06 | $ 633.13 |
| 14 | Citibank (South Dakota). N.A. | $ 631.47 | $ 219.54 |
| 15 | MBNA America BANK N.A. | $ 29,288.63 | $ 10,182.78 |
| 16 | Midwest Verizon Wireless | $ 1,868.36 | $ 649.57 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and

      the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.     Debtor has been discharged.

10.    The Trustee proposed to abandon the following property at the hearing:

      Real Estate (2622 Maple Circle, W. Dundee, IL) - $300,000.00; Savings Account (Harris Bank) $5.00; Household Goods - $17,255.00; Wearing Apparel $200.00; Jewelry - $50.00; Sporting Equipment - $250.00; 401K (Fidelity Investments) - $32,223.51; Pension (PBGC) - $3,792.23; 2000 Pontiac Grand Prix (1/2 Int.) - $3,360.00; 1999 Ford Windstar (1/2 Int.) - $3,115.00; Computer Equipment - $1,500.00.

      The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **May 22, 2007**             For the Court,

                                          By:   **KENNETH S GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604