**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| HENDRICKSON, GREGORY ALLAN | ) | |
| | ) | CASE NO. 06-04074 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:      U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:      **June 21, 2007**
> at:      **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $              43,128.40 |
| b. Disbursements | $                    0.00 |
| c. Net Cash Available for Distribution | $              43,128.40 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | 0.00 | $ | 5,062.84 | $ | |
| JOSEPH R. VOILAND | $ | 0.00 | $ | | $ | 330.79 |

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| US Bankruptcy Court | $ | 0.00 | $ | $ | 250.00 |
| JOSEPH R. VOILAND | $ | 0.00 | $ | 2,420.00 | $ |
| Trustee's Firm Legal | | | | | |
| JOSEPH R. VOILAND | $ | 0.00 | $ | $ | 4.64 |
| Trustee's Firm Legal | | | | | |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|

6.    Claims of general unsecured creditors totaling $100,843.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $34.77%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Consumer Finance | $ | 3,596.95 | $ | 1,250.55 |
| 2 | World Financial Network National Bank | $ | 261.35 | $ | 90.86 |
| 3 | A-Tec Ambulance, inc. | $ | 469.00 | $ | 163.06 |
| 4 | Dr Firias Dairi | $ | 240.22 | $ | 83.52 |
| 5 | Landa & Harold Rich | $ | 28,055.00 | $ | 9,753.88 |
| 6 | American Express Bank FSB | $ | 3,101.01 | $ | 1,078.13 |
| 7 | Alliant Credit Union    History | $ | 15,616.99 | $ | 5,429.56 |
| 8 | Harley-Davidson Credit | $ | 9,378.83 | $ | 3,260.74 |
| 9 | Pier 1 Imports, Inc. | $ | 944.05 | $ | 328.22 |
| 10 | Citibank ( USA ) N.A. | $ | 2,450.78 | $ | 852.06 |
| 11 | Citibank ( USA ) N.A. | $ | 3,119.42 | $ | 1,084.53 |
| 13 | Citibank (South Dakota). N.A. | $ | 1,821.06 | $ | 633.13 |
| 14 | Citibank (South Dakota). N.A. | $ | 631.47 | $ | 219.54 |
| 15 | MBNA America BANK N.A. | $ | 29,288.63 | $ | 10,182.78 |
| 16 | Midwest Verizon Wireless | $ | 1,868.36 | $ | 649.57 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and

the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:

Real Estate (2622 Maple Circle, W. Dundee, IL) - $300,000.00; Savings Account (Harris Bank) $5.00; Household Goods - $17,255.00; Wearing Apparel $200.00; Jewelry - $50.00; Sporting Equipment - $250.00; 401K (Fidelity Investments) - $32,223.51; Pension (PBGC) - $3,792.23; 2000 Pontiac Grand Prix (1/2 Int.) - $3,360.00; 1999 Ford Windstar (1/2 Int.) - $3,115.00; Computer Equipment - $1,500.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **May 22, 2007**                         For the Court,


By:   **KENNETH S GARDNER**
        Kenneth S. Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: amcc7          Page 1 of 2          Date Rcvd: May 22, 2007
Case: 06-04074               Form ID: pdf002       Total Served: 66

The following entities were served by first class mail on May 24, 2007.
```
db          +Gregory Allan Hendrickson,   2622 Maple Circle,   West Dundee, IL 60118-1544
aty         +A Stewart Chapman,   Pierce & Associates,   1 North Dearborn  Suite 1300,   Chicago, IL 60602-4331
aty         +Jose G Moreno,   Codilis & Associates,   15W030 N Frontage Road,   Suite 100,
              Burr Ridge, IL 60527-6921
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
aty         +Scott A Bentley,   Law Office of Scott A. Bentley,   661 Ridgeview Drive,   McHenry, IL 60050-7012
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
cr          +Countrywide Home Loans, Inc.,   7105 Corporate Drive,   Plano, TX 75024-4100
cr          +WILSHIRE CREDIT CORPORATION AS SERVICER FOR,   c/o Codilis & Associates, P.C.,
              15W030 North Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
10690863    +A-Tec Ambulance, inc.,   2404 Millennium Drive,   Elgin, IL 60124-7827
10690864    ++ALLIANT CREDIT UNION,   BANKRUPTCY DEPARTMENT,   11545 W TOUHY AVE,   CHICAGO IL 60666-5000
              (address filed with court:  Alliant Credit Union,   Bankruptcy Department,   11545 W. Touhy Avenue,
              Chicago, IL 60666-5000)
10690866    +Allied Interstate, Inc.,   o/b/o Gunthy Renker,   PO Box 361563,   Columbus, OH 43236-1563
10690865    +Allied Interstate, Inc.,   o/b/o American Express,   PO Box 361563,   Columbus, OH 43236-1563
10690868    +Allstate Insurance,   PO Box 3589,   Akron, OH 44309-3589
10690870    +American Express,   PO Box 36002,   Ft. Lauderdale, Fl 33336-0002
10892957    +American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10690872    +Associates in Psychiatry & Counseling,   2050 Larkin Avenue,   suite 202,   Elgin, IL 60123-5899
10690873    +Best Buy,   PO Box 15521,   Wilmington, DE 19880-5521
10690874    +Bombay Credit Plan,   Processing Center,   Des Moines, IA 50364-0001
10690875    +Certegy Payment Recovery Services,   o/b/o Best Buy,   3500 5th Street,   Northport, AL 35476-4723
10690877    +Chase,   PO Box 15919,   Wilmington, DE 19850-5919
10690878    +Chase Card Services,   PO Box 15153,   Wilmington, DE 19886-5153
10690880    +Check Recovery System,   o/b/o Safeway,   PO Box 45405,   Los Angeles, CA 90045-0405
10690879    +Check Recovery System,   o/b/o Dominicks,   PO Box 45405,   Los Angeles, CA 90045-0405
10915619    +Citibank ( USA ) N.A.,   POB 182149,   Columbus, OH 43218-2149
10948615    +Citibank (South Dakota) N.A.,   DBA: THE HOME DEPOT,   PO Box 9025,   Des Moines, IA 50368-9025
10948649    +Citibank (South Dakota) N.A.,   DBA: BOMBAY COMPANY,   PO Box 9025,   Des Moines, IA 50368-9025
10690881    +Citifinancial Retail Services,   PO Box 183041,   Columbus, OH 43218-3041
10690882    +Countrywide Home Loans,   PO Box 650070,   Dallas, TX 75265-0070
10690883    +Credit Collection Services,   o/b/o Allstate,   Two Wells Avenue,   Newton, MA 02459-3208
10690884    +Dick's Sporting Goods,   GE Money Bank,   PO Box 960061,   Orlando, FL 32896-0061
10690876    +Dr. Firias Dairi,   Certified Services Inc,   PO Box 177,   Waukegan, IL 60079-0177
10859913    +GE Consumer Finance,   For GE Money Bank,   dba Dick's Sporting Goods,   PO Box 960061,
              Orlando FL 32896-0061
10690885    +GE Money Bank,   PO Box 960061,   Orlando, FL 32896-0061
10690886    +Gunthy-Renker,   PO Box 11451,   Des Moines, IA 50336-1451
10690887    +Harland Hendrickson,   4 Woodview Court,   San Ramon, CA 94582-2307
10690889    +Harley Davidson Credit,   8529 Innovation Way,   Chicago, IL 60682-0085
10898688    +Harley-Davidson Credit,   PO Box 21850,   Carson City, NV 89721-1850
10690890    +Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368-9100
10690891    +IC Systems, Inc.,   o/b/o Sprint,   444 Highway 96 E,   PO Box 64437,   St. Paul, MN 55164-0437
10690892    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114-0326)
10690893    +JP Morgan Chase Bank,   PO Box 260180,   Baton Rouge LA 70826-0180
10690894    +JP Morgan Fraud Prevention & Investigati,   PO Box 710988,   Columbus, OH 43271-0001
10690898    +LTD Financial Services,   o/b/o Bombay Credit Plan,   7322 Southwest Fwy Suite 1600,
              Houston, TX 77074-2000
10690895    +Lana and Harold Rich,   1500 Arona Drive,   Sparks, NV 89434-2287
10690896    +Landa & Harold Rich,   1500 Arona Drive,   Sparks, NV 89434-2287
10690897    +Law Office of Barry Serrota,   o/b/o JP Morgan Chase Bank,   PO Box 1008,
              Arlington Hghts, IL 60006-1008
10690899    +Luojian Chen,   861 Suncrest Drive,   Auropra, IL 60506-8830
10690901    +MBNA,   PO Box 15137,   Wilmington DE 19886-5137
10975669    +MBNA America BANK N.A.,   Mailstop DE5-014-02-03,   PO Box 15168,   WILMINGTON, DE 19850-5168
10690900    +Marshall Fields,   PO Box 94578,   Cleveland, OH 44101-4578
10992200    +Midwest Verizon Wireless,   404 Brock Drive,   Bloomington IL 61701-2654
10690902    +National Enterprise Systems,   o/b/o Verizon Wireless,   29125 Solon Road,   Solon, OH 44139-3442
10690903    +Pier 1 Imports,   PO Box 745011,   Cincinnati, OH 45274-5011
10911671    +Pier 1 Imports, Inc.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10690904    +Rogers & Hollands,   8019 Innovation Way,   Chicago, IL 60682-0080
10690905    +Safeway,   PO Box 29239,   Phoenix, AZ 85038-9239
10690906    +Sears Charge Plus,   PO Box 182149,   Columbus, OH 43218-2149
10690907    +Sears Gold Mastercard,   PO Box 182156,   Columbus, OH 43218-2156
10690908    +Sherman Hospital,   934 Center Street,   Elgin, IL 60120-2198
10690909    +Sprint,   PO Box 219554,   Kansas City, MO 64121-9554
10690911    +Victoria's Secret,   PO Box 659728,   San Antonio, TX 78265-9728
10690912    +West Dundee Fire Dept.,   PO Box 1368,   Elmhurst, IL 60126-8368
10690913    +Wilshire Credit Corporation,   PO Box 8517,   Portland, OR 97207-8517
10690914    +Woodstock Harley Davidson,   2050 S. Eastwood Drive,   Woodstock, IL 60098-4611
10868542    +World Financial Network National Bank,   Victoria's Secret,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
```

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: May 22, 2007
Case: 06-04074               Form ID: pdf002       Total Served: 66
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on May 23, 2007.
```
10690910      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 23 2007 02:17:06    Verizon Wireless,
               777 Big Timber Road,   Elgin, IL 60123-1401
                                                                          TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Wilshire Credit Corporation,   PO Box 8517,   Portland,, OR  97207-8517
10690867*     +Allied Interstate, Inc.,   o/b/o Gunthy-Renker,   PO Box 361563,   Columbus, OH 43236-1563
10690869*      Allstate Insurance,   PO Box 3589,   Akron, OH 44309-3589
10690871*      American Express,   PO Box 36002,   Ft. Lauderdale, Fl 33336-0002
10882724*      Dr Firias Dairi,   Certified Services Inc,   PO Box 177,   Waukegan IL 60079-0177
10690888*     +Harland Hendrickson,   4 Woodview Court,   San Ramon, CA 94582-2307
                                                                          TOTALS: 0, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2007**                    **Signature:**